UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., <br><br> Plaintiff, <br><br> v. <br><br> APM ENTERPRISES, LLC, AVTAR GREWAL, and PARAMJEET BRAR, <br><br> Defendant. | Civil Action No.: 15-8435 <br><br> **ORDER** |

Before the Court is the motion of Plaintiff Ramada Worldwide, Inc. ("Plaintiff") for Final Judgment by Default. (ECF No. 7.) It appearing that:

1. Plaintiff filed the Complaint in this matter on December 3, 2015. (ECF No. 1.)

2. Plaintiff served the Complaint on January 24, 2016. (ECF No. 5.)

3. Defendants APM Enterprises, LLC, Avtar Grewal, and Paramjeet Brar (collectively, "Defendants") failed to file an Answer by the February 16, 2016 deadline. (*See* ECF No. 5.)

4. On February 19, 2016, Plaintiff requested entry of default and the Clerk entered default as to Defendants for failure to plead or otherwise defend. (*See* ECF No. 6.)

5. On March 7, 2016, Plaintiff filed a Motion for Final Judgment by Default. (ECF No. 7.)

6. On March 28, 2016, Defendant Avtar Grewal submitted a letter to the Court on behalf of all Defendants indicating that he had retained an attorney who contacted Plaintiff's counsel but his attorney had become unreachable. (ECF No. 8.) Mr. Grewal requested that the entry of default be vacated and that he be given time to find an attorney. (*Id.*)

Accordingly,

IT IS on this 29 day of March, 2016,

1

**ORDERED** that Plaintiff's Motion for Final Judgment by Default is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** the Clerk's entry of default against Defendants is hereby **VACATED**; and it is further

**ORDERED** that within thirty (30) days of the date of this Order, Defendants shall answer or file a motion.

**SO ORDERED.**

                                                                                   _____
                                                                                   CLAIRE C. CECCHI, U.S.D.J.